**NOT FOR PUBLICATION**

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| EDWIN M. BAMPER,<br><br>Plaintiff,<br><br>v.<br><br>CARRIE KENNY, *et al.*,<br><br>Defendants. | Civil Action No. 26-7220 (SDW) (CF)<br><br>**WHEREAS OPINION & ORDER**<br><br>August 7, 2026 |

**WIGENTON, District Judge.**

**THIS MATTER** having come before this Court upon *pro se* Plaintiff Edwin M. Bamper's ("Plaintiff") Complaint, (D.E. 2 ("Compl.")), and accompanying application to proceed *in forma pauperis*, (D.E. 1 ("IFP application")); and this Court having reviewed the Complaint for sufficiency pursuant to Federal Rule of Civil Procedure ("Rule") 8(a) and *Ashcroft v. Iqbal*, 556 U.S. 662 (2009); and

**WHEREAS** a district court may allow a plaintiff to commence a civil action without paying the filing fee—that is, *in forma pauperis*—so long as the plaintiff submits an affidavit demonstrating he is "unable to pay such fees," but must dismiss a case that is frivolous, "fails to state a claim upon which relief may be granted," or "seeks monetary relief against a defendant who is immune from such relief." 28 U.S.C. §§ 1915(a)(1), (e)(2)(B); *see Shorter v. United States*, 12 F.4th 366, 374 (3d Cir. 2021); and

**WHEREAS** Plaintiff's application to proceed *in forma pauperis* sufficiently demonstrates that Plaintiff cannot pay the filing fee as he alleges he is currently homeless and has no income. (D.E. 1 at 5); and

**WHEREAS** pursuant to Federal Rule of Civil Procedure 8(a), "[a] pleading that states a claim for relief must contain: (1) a short and plain statement of the grounds for the court's jurisdiction . . . ; (2) a short and plain statement of the claim showing that the pleader is entitled to relief; and (3) a demand for the relief sought." The complaint must apprise the defendant with "fair notice of what the claim is and the grounds upon which it rests," containing "more than labels and conclusions." *Bell Atl. Corp. v. Twombly*, 550 U.S. 544, 555 (2007) (quoting *Conley v. Gibson*, 355 U.S. 41, 47 (1957)). Courts apply the same standard under Rule 12(b)(6) to *sua sponte* dismiss a complaint for failure to state a claim. *Schreane v. Seana*, 506 F. App'x 120, 122 (3d Cir. 2012); and

**WHEREAS** *pro se* complaints, although "[held] to less stringent standards than formal pleadings drafted by lawyers," *Haines v. Kerner*, 404 U.S. 519, 520–21 (1972), must still "state a plausible claim for relief," *Yoder v. Wells Fargo Bank*, 566 F. App'x 138, 141 (3d Cir. 2014) (quoting *Walker v. Schult*, 717 F.3d 119, 124 (2d Cir. 2013)); and

**WHEREAS** Plaintiff appears to allege that in August 2017, a false domestic violence claim was filed against him, resulting in nine years of child alienation, false domestic violence and divorce hearings, and "false child support." (D.E. 2 at 4.) Plaintiff also claims that in February 2018, "a micro chip was illegally inserted into [his] lower spine where it cannot be detected because of spinal fusion screws and bolts." (*Id.*) Plaintiff claims Defendants "hacked and illegally manipulated [his] jobs, money, food stamps, health insurance, and medical records." (*Id.*); and

**WHEREAS** this Court finds that Plaintiff's Complaint is comprised of conclusory statements and fails to even make out "threadbare recitals of the elements of a cause of action." *Fowler v. UPMC Shadyside*, 578 F.3d 203, 210 (3d Cir. 2009) (quoting *Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009)). It is unclear what claims Plaintiff purports to assert, let alone the legal bases for said claims; therefore

**IT IS**, on this 7th day of August 2026,

**ORDERED** that Plaintiff's application to proceed *in forma pauperis* is **GRANTED** and Plaintiff's Complaint is *sua sponte* **DISMISSED WITHOUT PREJUDICE** for failure to state a claim upon which relief can be granted under Rule 12(b)(6). Plaintiff shall have thirty (30) days to amend his complaint; and it is further

**ORDERED** that the Clerk of the Court shall serve a copy of this Order upon Plaintiff by regular U.S. mail.

**SO ORDERED.**

___/s/ Susan D. Wigenton_____
**SUSAN D. WIGENTON, U.S.D.J.**

Orig: Clerk
cc: Parties
Cari Fais, U.S.M.J.